JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| MARIA LUU,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA INSURANCE COMPANY; and COMMUNITY BANK WELFARE BENEFIT PLAN,<br><br>    Defendants. | CASE NO.: EDCV 12-00666 VAP (OPx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: May 1, 2012 |

w:\documents and settings\phb\local settings\temporary internet files\olk21\propsd order on stip re dismissal.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, the entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: Feb 27, 2013

_____
HONORABLE VIRGINAL A. PHILLIPS
UNITED STATES DISTRICT JUDGE